IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Redmond, Regina

Printed: 1/8/08

Case Number: 06 B 15786
Judge: Hollis, Pamela S
Filed: 12/1/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,240.00 |  |
| Secured: |  | 3,074.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 165.98 |
| Other Funds: |  | 0.00 |
| Totals: | 3,240.00 | 3,240.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,623.00 | 0.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | Hyundai Motor Finance | Secured | 21,633.01 | 2,744.60 |
| 4. | Jeffro Furniture Company | Secured | 1,744.78 | 204.60 |
| 5. | US Bank | Secured | 22,898.87 | 124.82 |
| 6. | Hyundai Motor Finance | Unsecured | 0.00 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 465.14 | 0.00 |
| 8. | ER Solutions | Unsecured | 81.29 | 0.00 |
| 9. | Sallie Mae | Unsecured |  | No Claim Filed |
| 10. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 11. | MRSI | Unsecured |  | No Claim Filed |
| 12. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 13. | Professional Account Management | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | MRSI | Unsecured |  | No Claim Filed |
| 16. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 49,446.09 | $ 3,074.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 71.85 |
| 5.4% | 94.13 |
|  | _____ |
|  | $ 165.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Redmond, Regina

Printed: 1/8/08

Case Number: 06 B 15786
Judge: Hollis, Pamela S
Filed: 12/1/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

